August 28, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

JEANNE BOWSER AND ALBERT SMITH, Appellants

NO. 14-14-00331-CV                              V.

SANDRA BERGQUIST AND ROBERT PONDER, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 3, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Jeanne Bowser and Albert Smith, jointly and severally.

We further order this decision certified below for observance.